IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENDRA J. WOODSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WENDY NICHOLAS, et. al. | : | No. 24-5146 |

## **O R D E R**

AND NOW, this **12th** day of **JANUARY 2026**, upon careful and independent

consideration of the petition for writ of habeas corpus, and after review of the Report and

Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED

that:

1.      The Report and Recommendation is APPROVED and ADOPTED.

2.      The petition for a writ of habeas corpus is DISMISSED AS UNTIMELY.

3.      There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

_/S/ Kai N. Scott_____

HON. KAI N. SCOTT
United States District Court Judge